United States Bankruptcy Court
Middle District of North Carolina

In re:

Desma Latash Bumpass

    Debtor

Case No. 25-10684-bak

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0418-2

Date Rcvd: Jan 21, 2026

User: admin

Form ID: pdf016

Page 1 of 4

Total Noticed: 64

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Desma Latash Bumpass, 2138 Crosswind Drive, Graham, NC 27253-9977 |
| aty | + | Evansfield Homeowners Association, Inc., c/o Higgins Benjamin, PLLC, 301 N. Elm Street, Suite 800, Greensboro, NC 27410, UNITED STATES 27401-2260 |
| 786477068 | | Albert App, 440 N. Barranca Avenue, #3801, Covina, CA 91723-1722 |
| 786477076 | + | Darry Bumpass Sr., 2138 Crosswinds Drive, Graham, NC 27253-9977 |
| 786477080 | | Empower, Post Office Box 56025, Boston, MA 02205-6025 |
| 786477081 | + | Evansfield Homeowners Association, c/o Salem Property Management, P.O. Box 477, Graham, NC 27253-0477 |
| 786487657 | + | Evansfield Homeowners Association, Inc., c/o Higgins Benjamin, PLLC, 301 N. Elm Street, Suite 800, Greensboro, NC 27401-2260 |
| 786477086 | + | Guru Financial, 5000 Birch Street, Suite 100A, Newport Beach, CA 92660-2127 |
| 786477094 | + | Maple Hill Dentistry, 2221 Maple Avenue, Burlington, NC 27215-7144 |
| 786477098 | + | NC Division of Employment Security, Benefit Integrity Section, P.O. Box 28903, Raleigh, NC 27611-8903 |
| 786487656 | + | William P. Benjamin, Higgins Benjamin PLLC, 301 N. Elm Street, Suite 800, Greensboro, NC 27401-2260 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 786477065 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 21 2026 18:20:38 | Affirm, Inc., 30 Isabella Street, 4th Floor, Pittsburgh, PA 15212-5862 |
| 786477066 | ^ | MEBN | Jan 21 2026 18:08:53 | Afterpay U.S. Services LLC, 760 Market Street, Floor 2, San Francisco, CA 94102-2402 |
| 786477067 | ^ | MEBN | Jan 21 2026 18:08:58 | Alamance County Tax Collector, 124 W. Elm Street, Graham, NC 27253-2802 |
| 786477069 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 21 2026 18:09:00 | Bank of America, N.A., PO Box 672050, Dallas, TX 75267-2050 |
| 786477070 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2026 18:20:41 | Capital One Bank USA, NA, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 786477071 | | Email/Text: dl-csgbankruptcy@charter.com | Jan 21 2026 18:09:00 | Charter Communications, Inc., dba Spectrum, 400 Atlantic Street, Floor 10, Stamford, CT 06901-3512 |
| 786477072 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2026 18:20:43 | Citibank, Customer Service, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 786477073 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 21 2026 18:09:00 | Comenity Capital Bank, PO Box 183043, Columbus, OH 43218-3043 |
| 786477063 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | Jan 21 2026 18:09:00 | Credit Bureau, P.O. Box 26140, Greensboro, NC 27402-6140 |
| 786477074 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 21 2026 18:09:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 786477075 | | Email/PDF: creditonebknotifications@resurgent.com | | |

District/off: 0418-2

Date Rcvd: Jan 21, 2026

User: admin

Form ID: pdf016

Page 2 of 4

Total Noticed: 64

| | | | |
|---|---|---|---|
| | | Jan 21 2026 18:20:42 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 786477077 | | Email/Text: davecares@dave.com | |
| | | Jan 21 2026 18:09:28 | Dave Payday Loan, 1265 South Cochran Avenue, Los Angeles, CA 90019 |
| 786477078 | | Email/Text: cxs-doc-access@earnin.com | |
| | | Jan 21 2026 18:09:00 | EarnIn, Attn: Customer Care, 200 Portage Ave., Palo Alto, CA 94306 |
| 786477079 | | Email/Text: ECMCBKNotices@ecmc.org | |
| | | Jan 21 2026 18:09:00 | ECMC, PO Box 64909, Saint Paul, MN 55164-0909 |
| 786477082 | | Email/Text: exeter@ebn.phinsolutions.com | |
| | | Jan 21 2026 18:09:00 | Exeter Finance, LLC, P.O. Box 166097, Irving, TX 75016 |
| 786486047 | | Email/Text: ECMCBKNotices@ecmc.org | |
| | | Jan 21 2026 18:09:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 786479836 | + | Email/PDF: acg.acg.ebn@aisinfo.com | |
| | | Jan 21 2026 18:20:42 | Exeter Finance LLC, Exeter Finance LLC c/o AIS Portfolio Ser, 4515 N Santa Fe Ave Dept APS, Oklahoma, OK 73118-7901 |
| 786477083 | + | Email/Text: bnc-bluestem@quantum3group.com | |
| | | Jan 21 2026 18:09:00 | Fingerhut/Webbank, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 786477084 | | Email/Text: Atlanticus@ebn.phinsolutions.com | |
| | | Jan 21 2026 18:09:00 | Fortiva Credit Card, PO Box 105555, Atlanta, GA 30348-5555 |
| 786477085 | | Email/Text: argbsref@geico.com | |
| | | Jan 21 2026 18:09:00 | Geico, Regional Office, One GEICO Center, Macon, GA 31296-0001 |
| 786477087 | | Email/Text: Bankruptcy@ICSystem.com | |
| | | Jan 21 2026 18:09:00 | IC Systems Collections, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 786477088 | | Email/Text: bankruptcy@webbank.com | |
| | | Jan 21 2026 18:09:00 | Imagine, P.O. Box 105824, Atlanta, GA 30348-5824 |
| 786477089 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Jan 21 2026 18:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 786477090 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Jan 21 2026 18:09:00 | Jefferson Capital Systems, LLC, PO Box 7999, 5098, Saint Cloud, MN 56302-9617 |
| 786477091 | | Email/Text: customerservice.us@klarna.com | |
| | | Jan 21 2026 18:09:00 | Klarna Inc., PO Box 8116, Columbus, OH 43201 |
| 786477092 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Jan 21 2026 18:20:36 | Kohls/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 786478139 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jan 21 2026 18:20:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 786477093 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jan 21 2026 18:20:38 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 786477097 | + | Email/Text: bankruptcynotices@ncdor.gov | |
| | | Jan 21 2026 18:09:00 | NC Department of Revenue, PO Box 1168, Raleigh, NC 27602-1168 |
| 786477064 | | Email/Text: des.ui.bankruptcy@commerce.nc.gov | |
| | | Jan 21 2026 18:09:00 | NC Division of Employment Security, P.O. Box 25903, Raleigh, NC 27611-5903 |
| 786477099 | + | Email/Text: des.ui.bankruptcy@commerce.nc.gov | |
| | | Jan 21 2026 18:09:00 | NC Employment Security Commission, Unemployment Insurance Division, PO Box 26504, Raleigh, NC 27611-6504 |
| 786477096 | | Email/Text: ext_ebn_inbox@navyfederal.org | |
| | | Jan 21 2026 18:09:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 786477095 | + | Email/Text: ext_ebn_inbox@navyfederal.org | |
| | | Jan 21 2026 18:09:00 | Navy Federal Credit Union, Attn: Officer/Managing Agent, 820 Follin Lane SE, Vienna, VA 22180-4907 |
| 786478396 | | Email/Text: bankruptcynotices@ncdor.gov | |
| | | Jan 21 2026 18:09:00 | North Carolina Department of Revenue, Bankruptcy Unit, PO Box 1168, Raleigh, NC 27602-1168 |

District/off: 0418-2          User: admin          Page 3 of 4

Date Rcvd: Jan 21, 2026          Form ID: pdf016          Total Noticed: 64

| Recip ID | | Notice method | Date/Time | Name and Address |
|---|---|---|---|---|
| 786477102 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2026 18:20:42 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 786477101 | | Email/PDF: ebnotices@pnmac.com | Jan 21 2026 18:20:38 | PennyMac Loan Services, LLC, PO Box 2010, Moorpark, CA 93020 |
| 786490182 | + | Email/PDF: ebnotices@pnmac.com | Jan 21 2026 18:20:47 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 786477100 | | Email/PDF: ebnotices@pnmac.com | Jan 21 2026 18:20:47 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 786490181 | + | Email/Text: bkymail@hutchenslawfirm.com | Jan 21 2026 18:09:00 | Phillip A. Hedrick, Jr., Hutchens Law Firm, a member of Foundatio, 4317 Ramsey Street, Fayetteville, NC 28311-2133 |
| 786491225 | + | Email/Text: bkymail@hutchenslawfirm.com | Jan 21 2026 18:09:00 | Phillip A. Hedrick, Jr., Hutchens Law Firm LLP, Post Office Box 2505, 4317 Ramsey Street, Fayetteville, NC 28311-2161 |
| 786477103 | + | Email/Text: bncmail@w-legal.com | Jan 21 2026 18:09:00 | Scolopax LLC, c/o Weinstein & Riley, PS, P.O. Box 93024, Las Vegas, NV 89193-3024 |
| 786487557 | + | Email/Text: bncmail@w-legal.com | Jan 21 2026 18:09:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 749 Gateway, Suite G-601, ABILENE, TX 79602-1196 |
| 786477104 | + | Email/PDF: OGCRegionIVBankruptcy@hud.gov | Jan 21 2026 18:20:37 | Secretary of HUD, Attn: Officer, 451 Seventh Street, SW, Washington, DC 20410-0001 |
| 786477105 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 21 2026 18:20:46 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 71783, Philadelphia, PA 19176-1783 |
| 786477106 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2026 18:20:47 | The Home Depot/Citibank, PO Box 7032, Sioux Falls, SD 57117-7032 |
| 786477107 | + | Email/Text: tblalock@blalocklawoffices.com | Jan 21 2026 18:09:00 | Tommy S. Blalock, III, 620 Green Valley Road, Suite 209, Greensboro, NC 27408-7725 |
| 786477109 | + | Email/Text: BNCnotices@dcmservices.com | Jan 21 2026 18:09:00 | UNC Healthcare, P.O. Box 1123, Minneapolis, MN 55440-1123 |
| 786477108 | | Email/PDF: OGCRegionIVBankruptcy@hud.gov | Jan 21 2026 18:20:37 | U.S. Department of HUD, 77 Forsyth Street SW, Atlanta, GA 30303 |
| 786477110 | | Email/Text: edbknotices@ecmc.org | Jan 21 2026 18:09:00 | US Department of Education, National Payment Center, PO Box 790336, Saint Louis, MO 63179-0336 |
| 786477111 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 21 2026 18:20:37 | Verizon by American InfoSource as agent, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 786477112 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Jan 21 2026 18:09:00 | Wakefield and Associates, P.O. Box 52770, Knoxville, TN 37950 |
| 786484421 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 21 2026 18:09:00 | WebBank, PO Box 105555, Atlanta, GA 30348-5555 |
| 786477113 | + | Email/Text: cxbk@zip.co | Jan 21 2026 18:09:00 | Zip Pay, 228 Park Avenue South, New York, NY 10003-1502 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Exeter Finance, LLC |
| 786487790 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, NORFOLK, VA 23541 |

District/off: 0418-2         User: admin         Page 4 of 4

Date Rcvd: Jan 21, 2026         Form ID: pdf016         Total Noticed: 64

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2026         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anita Jo Kinlaw Troxler | on behalf of Trustee Anita Jo Kinlaw Troxler  office4@chapter13gboro.com, office5@chapter13gboro.com |
| Anita Jo Kinlaw Troxler, | office@chapter13gboro.com  office5@chapter13gboro.com |
| John Paul Hughes Cournoyer | bancm_ecf@ncmba.uscourts.gov  jp_cournoyer@ncmba.uscourts.gov |
| Mason Philip Veal | on behalf of Creditor Exeter Finance  LLC mveal@burr.com, AACKBERSINGH-TEED@BURR.COM;aburgess@burr.com |
| Tommy S. Blalock, III | on behalf of Debtor Desma Latash Bumpass tblalock@blalocklawoffices.com  blalocktr79501@notify.bestcase.com |
| William P. Benjamin | on behalf of Attorney Evansfield Homeowners Association  Inc. wbenjamin@greensborolaw.com, rguillen@greensborolaw.com |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Bumpass, Desma Latash    xxx-xx-6860 | ) | |
| 2138 Crosswind Dr. | ) | No. 25-10684 C-13G |
| Graham, NC 27253 | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

<u>NOTICE OF PLAN AND TIME FOR FILING OBJECTION THERETO</u>

1.    The Plan filed by the Debtor on January 20, 2026, Docket No. 25 ("Proposed Plan"), will be confirmed without a hearing after the time period for filing objections has expired unless a timely objection is filed or the Court issues a further notice of hearing on confirmation.

2.    If a timely objection is filed, a hearing on the objection to confirmation and on confirmation of the Proposed Plan will be held on <u>March 10, 2026,</u> at 2:00 p.m., in Courtroom #1, Second Floor, 101 South Edgeworth Street, Greensboro, NC.  The party objecting must appear at the hearing.

3.    Written, detailed objections must be filed at least **seven (7)** days before the date set for hearing on confirmation.  Any objection must be filed with the Clerk of Court via CM/ECF or at U.S. Bankruptcy Court, P.O. Box 26100, Greensboro, NC 27402-6100, with copies served on (1) Anita Jo Kinlaw Troxler, Standing Trustee, P.O. Box 1720, Greensboro, NC 27402-1720; (2) the Attorney for the Debtor; and (3) the Debtor.  If the objecting party is a business entity other than a sole proprietorship, the objection must be filed by legal counsel admitted to practice in this Court.

4.    The Debtor and the Attorney for the Debtor are required to appear at any hearing on confirmation.

5.    Any order confirming the Plan will be served on all parties.

DATE: January 21, 2026                    Office of the Clerk
                                          Reid Wilcox, Clerk